NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAL H. WILLIAMS,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2020-1066

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-3988, Chief Judge Margaret C. Bartley, Judge Joseph L. Toth, Judge Joseph L. Falvey Jr.

---

**JUDGMENT**

---

MEGHAN GENTILE, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant. Also represented by HAROLD HAMILTON HOFFMAN, III.

RETA EMMA BEZAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JEFFREY B. CLARK, ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR.; BRIAN D. GRIFFIN, DEREK

SCADDEN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 5, 2020         /s/ Peter R. Marksteiner
      Date                  Peter R. Marksteiner
                            Clerk of Court